# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | |
|---|---|
| NICOLE J. MURPHY, | ) |
| Plaintiff, | ) |
| v. | ) Cause No. 1:23-CV-306-HAB |
| JOHN COWAN, | ) |
| Defendant. | ) |

## OPINION AND ORDER

On July 11, 2023, Plaintiff filed a Civil Complaint accompanied by Motion to Proceed In Forma Pauperis. On August 1, 2023, the Court ordered the plaintiff to file an amended complaint on or before September 1, 2023. Plaintiff was warned that failure to respond by the deadline would result in dismissal of the case. That deadline has come and gone without action by the Plaintiff. Accordingly, this case is DISMISSED.

SO ORDERED on September 7, 2023.

s/ Holly A. Brady
CHIEF JUDGE HOLLY A. BRADY
UNITED STATES DISTRICT COURT